■ RUBY Moss, Respondent, v ARNOLD MINSKY et al., Defendants; PETER KARVOUNIS, Appellant, and LARRY R. SCHNECK et al., Respondents.—Order of the Supreme Court, Kings County, dated July 10, 1985, affirmed, with costs, for reasons stated by Justice Bernstein at Special Term. Gibbons, J. P., Thompson, Niehoff and Rubin, JJ., concur.